■ COLUMBIAN MUTUAL LIFE INSURANCE COMPANY, Respondent, v HORIZONS OF SCHUYLER, INC., et al., Appellants, et al., Defendants. [645 NYS2d 258] —Order unanimously affirmed without costs. Memorandum: Because the amount of the judg-

ment of foreclosure and sale exceeds the amount paid for the property upon the sale, plaintiff is entitled to the proceeds remaining in the receiver's account (*see,* RPAPL 1371 [4]; *Albany Sav. Bank v Greller Assocs.* [appeal No. 2], 178 AD2d 953, 954, *lv denied* 79 NY2d 757; *Albany Sav. Bank v Thum Realty,* 97 AD2d 891; *Dime Sav. Bank v Anshel Realty Corp.,* 58 AD2d 881, 882). Defendants argue that the fair market value of the property exceeds the amount plaintiff paid for the property at the foreclosure sale and that plaintiff will receive a windfall if RPAPL 1371 (4) is applied literally. The language of RPAPL 1371 (4) is clear and unambiguous, however, and "[a]ny relief required to prevent a recurrence of this situation must come through a legislative amendment to" that subdivision (*Dime Sav. Bank v Anshel Realty Corp., supra,* at 882; *cf., Hudson City Sav. Inst. v Drazen,* 153 AD2d 91). (Appeal from Order of Supreme Court, Herkimer County, Tenney, J.—Foreclosure Sale.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.